UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-14355-CV-MARTINEZ/MAYNARD

JEROD RODRIGUEZ,

    Petitioner,

v.

SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on the Petition for Writ of Habeas Corpus filed by Jerod Rodriguez pursuant to 28 U.S.C. § 2254 (DE 4). Magistrate Judge Maynard filed a Report and Recommendation ("R&R") concluding that Petitioner's claims are meritless under the deferential standards of AEDPA and recommending that the Petition be denied. (DE 17). Petitioner filed objections (DE 21). However, the objections offer no additional argument and do not address the Magistrate's conclusions concerning Petitioner's inability to overcome the prejudice prong of *Strickland v. Washington*, 466 U.S. 668 (1984) given his highly incriminating recorded conversations. The Court has reviewed the R&R, objections, and the record in this case *de novo*. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Maynard's Report and Recommendation (DE 17) is **AFFIRMED** and **ADOPTED**. The Petition is **DENIED**. No certificate of appealability shall issue. The Clerk is directed to mark this case **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of August, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE